NO. 07-06-0005-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MARCH 2, 2006

______________________________

CHARLES ALLEN BEERY, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 320
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 50,160-D; HONORABLE DON EMERSON, JUDGE

_______________________________

Before QUINN, C.J. and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellant, Charles A. Beery, seeks to appeal his conviction of aggravated sexual assault of a child and accompanying sentence of 99 years confinement in the Texas Department of Criminal Justice Institutional Division.  We dismiss the appeal for want of jurisdiction.  

In a criminal case, appeal is perfected by timely filing a sufficient notice of appeal.  T
EX
. R. A
PP
. P. 25.2(b); 26.2.  A timely filed notice of appeal is essential to invoke our appellate jurisdiction.  
Slaton v. State
, 981 S.W.2d 208, 210 (Tex.Crim.App. 1998); 
Olivo v. State
, 918 S.W.2d 519, 522 (Tex.Crim.App. 1996).

The record before us reflects appellant was sentenced on September 7, 2005.  The notice of appeal was due on or before October 7, 2005.  T
EX
. R. A
PP
. P. 26.2(a).  Appellant did not file his notice of appeal until January 19, 2006.  Appellant’s failure to file a timely notice of appeal prevents this court from having jurisdiction over his appeal.  Accordingly, the appeal is dismissed for want of jurisdiction.
(footnote: 1)  T
EX
. R. A
PP
. P. 39.8, 40.2, 43.2(f).

James T. Campbell

        Justice

Do not publish.   

FOOTNOTES
1: Appellant may be entitled to an out-of-time appeal by filing a post-conviction writ of habeas corpus returnable to the Texas Court of Criminal Appeals.  
See
 T
EX
. C
ODE
 C
RIM
. P
ROC
. A
NN
. art. 11.07 (Vernon 2005); 
see also
 
Ex parte Garcia, 
988 S.W.2d 240 (Tex.Crim.App. 1999).